UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
                      **CENTRAL DIVISION at LEXINGTON**

UNITED STATES OF AMERICA,        )
                                 )         Criminal Case No.
     Plaintiff,                  )         14-cr-00085-JMH
                                 )
v.                               )
                                 )       **MEMORANDUM OPINION & ORDER**
WINONA JEAN COX,                 )
                                 )
     Defendant.                  )

                                 ***

     This matter is before the Court upon the Plaintiff's Motion in Limine [DE 47]. The court has considered the United States' arguments presented in that Motion, as well as the response prepared by the defendant herself [DE 58], and the United States' Reply in further support of its Motion [DE 61]. The United States' request for relief is well taken for all of the reasons set forth in its Motion in Limine, which the Court incorporates into this Memorandum Opinion and Order as its own reasoning.

     Simply stated, the charges against Defendant are brought by the United States, a sovereign, by and through its attorney under the laws of the United States and in the proper forum against a defendant subject to those laws and without any

                                  1

privilege against or immunity from those charges. This Court has jurisdiction to hear this matter and pronounce judgment with respect to the defendant.

Only relevant evidence, i.e., that evidence which "has any tendency to make a fact more or less probable than it would be without the evidence" and which constitutes facts "of consequence in determining the action" is admissible at trial. *See* Fed. R. Evid. 401 and 402. Therefore, it is appropriate and, in this Court's mind, necessary to enter an order limiting the evidence to be presented at trial in order to avoid the suggestion of inadmissible evidence – such as that set forth in Defendant's Response to the Motion in Limine – to the jury. *See* Fed. R. Evid. 103(d) ("To the extent practicable, the court must conduct a jury trial so that inadmissible evidence is not suggested to the jury by any means.").

Accordingly, **IT IS ORDERED**:

(1) That the United States' Motion in Limine [DE 47] is **GRANTED** and

(2) That Defendant, her counsel, and her witnesses are **PROHIBITED** from making any statement or argument, asking any question, or putting forth any evidence, either directly or indirectly, while in the presence of the jury concerning Defendant's claimed status as an Indian, her claimed residence

on an Indian reservation, or her claimed immunity from federal tax or criminal laws or the Court's jurisdiction.

This the 16th day of April, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge