AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Winona Cox ) | Case No. 14-CR-85-JMH |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Walter Brown
472 Fox Harbour Way
Lexington, Kentucky 40517

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Disctrict Court<br>101 Barr Street<br>Lexington, Kentucky 40507 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 04/21/2015 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
2005-2010 Federal Tax returns with attachments, for Walter Brown.

(SEAL)

Date: 4-14-15

CLERK OF COURT

*Attorney*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Winona Cox _____, who requests this subpoena, are:

Hon. Rachel D. Yavelak
120 North Mill Street, Suite 300
Lexington, Kentucky 40507
(859) 523-1606
racheldiya@windstream.net

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 14-CR-85-JMH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Walter Brown
was received by me on *(date)* April 14, 2015

☑ I served the subpoena by delivering a copy to the named person as follows: Walter Brown

on *(date)* April 14, 2015 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 0

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 14, 2015

Amanda M. Cheek
*Server's signature*

Amanda M. Cheek, paralegal
*Printed name and title*

120 N. Mill Street, Ste 300, Lexington, Ky
*Server's address*

Additional information regarding attempted service, etc: